SO ORDERED.

Dated: April 29, 2010

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

---

LAW OFFICE OF
JAMES J. GENTILE, P.C.
James J. Gentile, ABN 9983
4035 W. Chandler Blvd., Suite 4
CHANDLER, ARIZONA 85226
(480) 961-1906/FAX (480) 705-4425
EMAIL: JJG@AZLAWYER.NET

# IN THE UNITED STATE BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| In Re: | **In Proceedings Under Chapter 7** |
|---|---|
| RAUL PEREZ VAZQUEZ AND ALMA ALCANTAR | **Case NO.: 2:10-bk-00792-CGC** |
| Debtor(s). | **ORDER** |

Upon motion of Debtors and good cause appearing:

IT IS ORDERED converting this Chapter 7 case to a Chapter 13 case.

**Dated this _____ day of _____, 2010**

_____
**United States Bankruptcy Judge**